# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| J.M.S. TRUCKING CO. OF ILLINOIS | § | Case No. 07-19519 |
| | § | |
| Debtor(s) | § | |

## SUCCESSOR TRUSTEE'S FINAL REPORT (TFR)

The undersigned successor trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on                .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $                    .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $                    as interim compensation and now requests a sum of $                    , for a total compensation of $                    [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $                    , and now requests reimbursement for expenses of $                    , for total expenses of $                    [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/BRENDA PORTER HELMS, SUCCESSOR TRUSTEE
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 07-19519 | CAS | Judge: DONALD R. CASSLING |
| Case Name: | J.M.S. TRUCKING CO. OF ILLINOIS | | |

For Period Ending:  02/25/15

| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Date Filed (f) or Converted (c): | 10/22/07 (f) |
| 341(a) Meeting Date: | 11/27/07 |
| Claims Bar Date: | 03/05/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. WEST SUBURBAN BANK - CHECKING | 1,900.51 | 1,900.51 | | 8,584.73 | FA |
| 2. TRUCKS & TRAILERS/OTHER VEHICLES | Unknown | 125,000.00 | | 111,000.00 | FA |
| 3. MISC COMPUTER EQUIP | 100.00 | 100.00 | | 0.00 | FA |
| 4. BACK HOE, EXCAVATOR, SKIDSTEER LOADER | 0.00 | 0.00 | | 0.00 | FA |
| 5. ACCOUNT RECEIVABLE (u) | 20,800.00 | 20,800.00 | | 20,800.00 | FA |
| 6. STATE COURT LITIATION 04M1 109043 (u) | 17,500.00 | 17,500.00 | | 17,500.00 | FA |
| 7. BAD FAITH CLAIM ARISING OUT OF PI CASE (u) | 6,000,000.00 | 6,000,000.00 | | 3,200,000.00 | FA |
| 8. REFUND (u) | 146.78 | 174.47 | | 174.47 | FA |
| INT. Interest Earned (u) | Unknown | N/A | | 965.97 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $6,040,447.29 | $6,165,474.98 | | $3,359,025.17 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Active

SALE OF PERSONAL PROPERTY, INVENTORY AND EQUIPMENT PENDING FOR 2/8/08; INVESTIGATION AND EMPLOYMENT OF SPECIAL COUNSEL

REGARDING BAD FAITH CLAIM VS. INSURANCE CO.; APPEAL OF JUDGMENT OF PI CASE PENDING; STAY OF BAD FAITH CASE VS INSURANCE

COMPANY PENDING BEFORE CIRCUIT COURT; APPEAL ON DECEISION OF CIRCUIT COURT BY INSURANCE COMPANY FOR DEBTORS; INTERIM

DISTRIBUTION PAID 12/27/12

BAD FAITH CASE PENDING

Mediation conducted June 2013. No results

Discussion ongoing.

Bad Faith claim ongoing.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit A

| | |
|---|---|
| Case No: | 07-19519    CAS    Judge: DONALD R. CASSLING |
| Case Name: | J.M.S. TRUCKING CO. OF ILLINOIS |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Date Filed (f) or Converted (c): | 10/22/07 (f) |
| 341(a) Meeting Date: | 11/27/07 |
| Claims Bar Date: | 03/05/08 |

Bad faith case still pending.  estimate is that the case will either settle or proceed to trial in late 2014.  follow
for status 9/30/2014

2013 Estate Tax returns mailed to IRS-

Bad faith case settled per order 8/8/14

Successor Trustee appointed 4/16/14

Accountnat is preparing final tax returns and then TFR will be submitted


Initial Projected Date of Final Report (TFR): 12/30/09        Current Projected Date of Final Report (TFR): 06/30/15

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 07-19519 -CAS |
|---|---|
| Case Name: | J.M.S. TRUCKING CO. OF ILLINOIS |

Taxpayer ID No: *******9973
For Period Ending: 02/25/15

Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE
Bank Name: The Bank of NY Mellon
Account Number / CD #: *******8365  Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312175358365 | Wire in from JPMorgan Chase Bank, N.A. account 312175358365 Wire in from JPMorgan Chase Bank, N.A. account 312175358365 | 9999-000 | 147,464.56 | | 147,464.56 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 15.15 | | 147,479.71 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 18.79 | | 147,498.50 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 18.18 | | 147,516.68 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 18.80 | | 147,535.48 |
| 08/20/10 | 011005 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. 1900 Ravinia Place Orland Park, IL 60462 | INTERIM COMPENSATION | 3110-000 | | 7,430.00 | 140,105.48 |
| 08/20/10 | 011006 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC 2150 E. LAKE COOK ROAD SUITE 560 BUFFALO GROVE, IL 600891877 | INTERIM COMPENSATION | 3410-000 | | 3,012.50 | 137,092.98 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 18.50 | | 137,111.48 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.38 | | 137,114.86 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.49 | | 137,118.35 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.38 | | 137,121.73 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.49 | | 137,125.22 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.49 | | 137,128.71 |
| 02/15/11 | 011007 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #07-19519, Bond#016026455  2300-000        $-90.33 | 2300-000 | | 90.33 | 137,038.38 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.15 | | 137,041.53 |

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 07-19519 -CAS | |
| Case Name: | J.M.S. TRUCKING CO. OF ILLINOIS | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Bank Name: | The Bank of NY Mellon |
| Account Number / CD #: | *******8365  Money Market Account |

| | |
|---|---|
| Taxpayer ID No: | *******9973 |
| For Period Ending: | 02/25/15 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.49 | | 137,045.02 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.37 | | 137,048.39 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.49 | | 137,051.88 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.12 | | 137,053.00 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.16 | | 137,054.16 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 262.84 | 136,791.32 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.16 | | 136,792.48 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 318.63 | 136,473.85 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | 9.39 | | 136,483.24 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.12 | | 136,484.36 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 280.43 | 136,203.93 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.15 | | 136,205.08 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 270.54 | 135,934.54 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.11 | | 135,935.65 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 297.97 | 135,637.68 |
| 12/07/11 | | To Account #92000175358366 | TRANSFER FUNDS TO PREPARE FOR DISTRIBUTION 9999-000      $-131,000.00 | 9999-000 | | 131,000.00 | 4,637.68 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 4,637.93 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.33 | 4,565.60 |
| 01/31/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,565.63 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,540.63 |
| 02/07/12 | | Green Bank | Transfer Funds 9999-000      $-4,540.63 | 9999-000 | | 4,540.63 | 0.00 |

Page:    3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-19519  -CAS | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Case Name: | J.M.S. TRUCKING CO. OF ILLINOIS | Bank Name: | The Bank of NY Mellon |
| | | Account Number / CD #: | *******8365  Money Market Account |
| Taxpayer ID No: | *******9973 | | |
| For Period Ending: | 02/25/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 147,591.81 | 147,591.81 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 147,464.56 | 135,540.63 | |
| | | | Subtotal | | 127.25 | 12,051.18 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 127.25 | 12,051.18 | |

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 07-19519 -CAS | Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Case Name: J.M.S. TRUCKING CO. OF ILLINOIS | Bank Name: The Bank of NY Mellon |
| | Account Number / CD #: *******8366 Checking Account |
| Taxpayer ID No: *******9973 | |
| For Period Ending: 02/25/15 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/07/11 | | From Account #92000175358365 | TRANSFER FUNDS TO PREPARE FOR DISTRIBUTION | 9999-000 | 131,000.00 | | 131,000.00 |
| 12/27/11 | 010101 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC 2150 E. LAKE COOK ROAD SUITE 560 BUFFALO GROVE, IL 600891877 | INTERIM COMPENSATION THRU 6/1/11 | 3410-000 | | 1,680.00 | 129,320.00 |
| 12/27/11 | 010102 | DAVID GROCHOCINSKI, TRUSTEE 1900 RAVINIA PLACE ORLAND PARK, IL 60462 | INTERIM COMPENSATION | 2100-000 | | 10,960.64 | 118,359.36 |
| 12/27/11 | 010103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. 1900 Ravinia Place Orland Park, IL 60462 | INTERIM COMPENSATION AND EXPENSES Claim #  3 3110-000   $-19,595.00 Claim #  4 3120-000   $-111.69 | | | 19,706.69 | 98,652.67 |
| | | | Fees               19,595.00 | 3110-000 | | | |
| | | | Expenses            111.69 | 3120-000 | | | |
| 12/27/11 | 010104 | Illinois Department of Employment Security 33 South State Street Chicago, IL  60603 | Dividend paid 100.00% on $1,726.96; Claim# 9P-2; Filed: $1,726.96; Reference: | 5800-000 | | 1,726.96 | 96,925.71 |
| 12/27/11 | 010105 | Department of the Treasury Internal Revenue Service P.O. Box 21126 Philadelphia, PA  19114 | Dividend paid 100.00% on $489.70; Claim# 10P; Filed: $489.70; Reference: | 5800-000 | | 489.70 | 96,436.01 |
| 12/27/11 | 010106 | CNH Capital America LLC Case Credit Corporation POB 3600 Lancaster, PA  176043600 | Dividend paid   1.10% on $6,422.57; Claim# 2; Filed: $6,422.57; Reference: | 7100-000 | | 70.77 | 96,365.24 |
| 12/27/11 | 010107 | CNH Capital America LLC Case Credit Corporation | Dividend paid   1.10% on $6,898.93; Claim# 3; Filed: $6,898.93; Reference: | 7100-000 | | 76.01 | 96,289.23 |

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 07-19519  -CAS | |
| Case Name: | J.M.S. TRUCKING CO. OF ILLINOIS | |
| | | |
| Taxpayer ID No: | *******9973 | |
| For Period Ending: | 02/25/15 | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Bank Name: | The Bank of NY Mellon |
| Account Number / CD #: | *******8366  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 12/27/11 | 010108 | POB 3600<br>Lancaster, PA  176043600<br>T-Mobile USA Inc.<br>ATTN: Bankruptcy Dept.<br>PO Box 53410<br>Bellevue, WA  980153410 | Dividend paid   1.10% on<br>$1,126.72; Claim# 4; Filed: $1,126.72; Reference: | 7100-000 | | 12.41 | 96,276.82 |
| | 12/27/11 | 010109 | GMAC<br>c/o Bowman, Heintz, Boscia & Vician P.C.<br>8605 Broadway<br>Merrillville, IN  46410 | Dividend paid   1.10% on<br>$11,817.20; Claim# 5; Filed: $11,817.20; Reference: | 7100-000 | | 130.21 | 96,146.61 |
| | 12/27/11 | 010110 | Land Reclamation Services<br>1127 S. Chicago Street<br>Joliet, IL  60436 | Dividend paid   1.10% on<br>$10,170.00; Claim# 6; Filed: $10,170.00; Reference: | 7100-000 | | 112.06 | 96,034.55 |
| * | 12/27/11 | 010111 | Material Service<br>222 N. LaSalle Street<br>Chicago, IL  60601 | Dividend paid   1.10% on<br>$22,070.89; Claim# 7; Filed: $22,070.89; Reference:<br>          7100-000        $-243.18 | 7100-003 | | 243.18 | 95,791.37 |
| * | 12/27/11 | 010111 | Material Service<br>222 N. LaSalle Street<br>Chicago, IL  60601 | Dividend paid   1.10% on<br>$22,070.89; Claim# 7; Filed: $22,070.89; Reference: | 7100-003 | | -243.18 | 96,034.55 |
| | 12/27/11 | 010112 | Maria Colella, Sp. Admin of Estate of F. Colella<br>c/o The Healy Law Firm<br>111 W. Washington, #1425<br>Chicago, IL  60602 | Dividend paid   1.10% on<br>$8,693,824.49; Claim# 8 -2; Filed: $8,693,824.49;<br>Reference: | 7100-000 | | 95,791.37 | 243.18 |
| | 02/07/12 | | Green Bank | Transfer Funds<br>9999-000        $-243.18 | 9999-000 | | 243.18 | 0.00 |

FORM 2

Page:    6

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 07-19519 -CAS | |
| Case Name: | J.M.S. TRUCKING CO. OF ILLINOIS | |
| | | |
| Taxpayer ID No: | *******9973 | |
| For Period Ending: | 02/25/15 | |

| | | |
|---|---|---|
| Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Bank Name: | The Bank of NY Mellon |
| Account Number / CD #: | *******8366  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 131,000.00 | 131,000.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 131,000.00 | 243.18 | |
| | | | Subtotal | | 0.00 | 130,756.82 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 130,756.82 | |

Page: 7

Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-19519 -CAS |
| Case Name: | J.M.S. TRUCKING CO. OF ILLINOIS |

| Taxpayer ID No: | *******9973 |
| For Period Ending: | 02/25/15 |

| Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******1901 DDA |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 02/07/12 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | 4,540.63 | | 4,540.63 |
| | 02/24/12 | 8 | CNH Capital P. O. Box 2295 Racine, IL 534012295 | refund | 1290-000 | 146.78 | | 4,687.41 |
| | 02/29/12 | | Green Bank 401 Greenbriar Houston, TX 77098 | Bank Service Fee | 2600-000 | | 5.45 | 4,681.96 |
| | 03/30/12 | | Green Bank 401 Greenbriar Houston, TX 77098 | Bank Service Fee | 2600-000 | | 7.79 | 4,674.17 |
| | 04/12/12 | 8 | EXELON P. O. BOX 805379 CHICAGO, IL 606805379 | refund | 1290-000 | 27.69 | | 4,701.86 |
| | 04/30/12 | | Green Bank 401 Greenbriar Houston, TX 77098 | Bank Service Fee | 2600-000 | | 7.08 | 4,694.78 |
| | 05/07/12 | | Transfer From: #*******1902 | Transfer Funds | 9999-000 | 237.90 | | 4,932.68 |
| * | 05/11/12 | 005001 | CLERK, U.S. BANKRUPTCY COURT 219 S. DEARBORN CHICAGO, IL 60604 | unclaimed funds | 7100-003 | | 112.06 | 4,820.62 |
| * | 05/11/12 | 005001 | CLERK, U.S. BANKRUPTCY COURT 219 S. DEARBORN CHICAGO, IL 60604 | unclaimed funds Refund on Check# 10110 | 7100-003 | | -112.06 | 4,932.68 |
| | 05/31/12 | | Green Bank 401 Greenbriar Houston, TX 77098 | Bank Service Fee | 2600-000 | | 8.02 | 4,924.66 |
| | 06/29/12 | | Green Bank 401 Greenbriar Houston, TX 77098 | Bank Service Fee | 2600-000 | | 7.96 | 4,916.70 |

FORM 2                                                                                                    Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 07-19519 -CAS |
| Case Name: | J.M.S. TRUCKING CO. OF ILLINOIS |
| | |
| Taxpayer ID No: | *******9973 |
| For Period Ending: | 02/25/15 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******1901  DDA |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 7.67 | 4,909.03 |
| 08/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 8.68 | 4,900.35 |
| 09/28/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 6.88 | 4,893.47 |
| 10/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 7.89 | 4,885.58 |
| 11/30/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 8.13 | 4,877.45 |
| 12/31/12 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 7.36 | 4,870.09 |
| 01/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 7.85 | 4,862.24 |
| 02/21/13 | 005002 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Bond#016026455<br>2300-000        $-4.61 | 2300-000 | | 4.61 | 4,857.63 |
| 02/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 7.08 | 4,850.55 |

FORM 2    Page:    9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 07-19519 -CAS |
| Case Name: | J.M.S. TRUCKING CO. OF ILLINOIS |
| | |
| Taxpayer ID No: | *******9973 |
| For Period Ending: | 02/25/15 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******1901  DDA |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/29/13 | | Houston, TX  77092<br>Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 7.82 | 4,842.73 |
| 04/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 7.56 | 4,835.17 |
| 05/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 8.30 | 4,826.87 |
| 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 7.03 | 4,819.84 |
| 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 7.77 | 4,812.07 |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 8.26 | 4,803.81 |
| 09/11/13 | 005003 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC<br>2150 E. LAKE COOK ROAD<br>SUITE 560<br>BUFFALO GROVE, IL  600891877 | Interim compensation ordered on 9/6/2013 | 3410-000 | | 1,797.50 | 3,006.31 |

**Exhibit B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No: | 07-19519 -CAS | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Case Name: | J.M.S. TRUCKING CO. OF ILLINOIS | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******1901 DDA |
| Taxpayer ID No: | *******9973 | | |
| For Period Ending: | 02/25/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 7.00 | 2,999.31 |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 4.83 | 2,994.48 |
| 11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 4.83 | 2,989.65 |
| 12/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 4.66 | 2,984.99 |
| 01/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 5.12 | 2,979.87 |
| 02/28/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 4.34 | 2,975.53 |
| 03/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 4.49 | 2,971.04 |
| 04/02/14 | 005004 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET | Blanket bond #016026455 2/01/14<br>to 2/10/15 | 2300-000 | | 2.47 | 2,968.57 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 14)*

Ver: 18.04

FORM 2                                                                           Page:   11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 07-19519  -CAS | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
|---|---|---|---|
| Case Name: | J.M.S. TRUCKING CO. OF ILLINOIS | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******1901  DDA |
| Taxpayer ID No: | *******9973 | | |
| For Period Ending: | 02/25/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 420 | 2300-000        $-2.47 | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 04/30/14 | | Green Bank | Bank Service Fee | 2600-000 | | 4.17 | 2,964.40 |
| 05/02/14 | | Transfer to Acct #*******3599 | Bank Funds Transfer | 9999-000 | | 2,964.40 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,953.00 | 4,953.00 | 0.00 |
| Less:  Bank Transfers/CD's | 4,778.53 | 2,964.40 | |
| Subtotal | 174.47 | 1,988.60 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 174.47 | 1,988.60 | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 15)*                                    Ver: 18.04

FORM 2
Page: 12

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 07-19519 -CAS |
| Case Name: | J.M.S. TRUCKING CO. OF ILLINOIS |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******1902 DDA |

| | |
|---|---|
| Taxpayer ID No: | *******9973 |
| For Period Ending: | 02/25/15 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/12 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | 243.18 | | 243.18 |
| 02/10/12 | 005001 | INTERNATIONAL SURETIES, LTD | Bond#016026455  Tern: 2/1/12 to 2/01/13 | 2300-000 | | 4.26 | 238.92 |
| | | | 2300-000        $-4.26 | | | | |
| 02/29/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.28 | 238.64 |
| 03/30/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.39 | 238.25 |
| 04/30/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.35 | 237.90 |
| 05/07/12 | | Transfer To: #*******1901 | Transfer Funds | 9999-000 | | 237.90 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 243.18 | 243.18 | 0.00 |
| Less:  Bank Transfers/CD's | 243.18 | 237.90 | |
| Subtotal | 0.00 | 5.28 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 5.28 | |

Page:   13

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 07-19519 -CAS |
| Case Name: | J.M.S. TRUCKING CO. OF ILLINOIS |
| | |
| Taxpayer ID No: | *******9973 |
| For Period Ending: | 02/25/15 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3599  Checking - Non Interest |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/14 | | Transfer from Acct #*******1901 | Bank Funds Transfer | 9999-000 | 2,964.40 | | 2,964.40 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,954.40 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,944.40 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,934.40 |
| 09/05/14 | 7 | Acceptance Indemnity Insurance Co | proceeds of bad faith case | 1249-000 | 3,200,000.00 | | 3,202,934.40 |
| 09/05/14 | 010001 | Martin Healy Jr. | ATTORNEY FEES | 3210-000 | | 1,066,667.00 | 2,136,267.40 |
| 09/05/14 | 010002 | Martin Healy Jr. | attornye expenses | 3220-000 | | 77,954.21 | 2,058,313.19 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 618.06 | 2,057,695.13 |
| 10/06/14 | 010003 | Scott Horewitch Pdgeon and Abrams LLC | accountant fees | 3410-000 | | 2,212.50 | 2,055,482.63 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2,876.71 | 2,052,605.92 |
| 02/19/15 | 010004 | Arthur B. Levine Company | bond premium | 2300-000 | | 1,466.14 | 2,051,139.78 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 3,202,964.40 | 1,151,824.62 | 2,051,139.78 |
| Less:  Bank Transfers/CD's | 2,964.40 | 0.00 | |
| Subtotal | 3,200,000.00 | 1,151,824.62 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,200,000.00 | 1,151,824.62 | |

FORM 2

Page: 14

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 07-19519 -CAS | |
| Case Name: | J.M.S. TRUCKING CO. OF ILLINOIS | |

| | |
|---|---|
| Taxpayer ID No: | *******9973 |
| For Period Ending: | 02/25/15 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Bank Name: | Chase |
| Account Number / CD #: | *******8365  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/11/08 | 2 | SHANKLIN'S TRUCK SALES, INC. 1275 HAMILTON AVENUE, SUITE 1 UNIVERSITY PARK, IL 60466 | 10% DEPOSIT ON SALE OF VEHICLES AND EQUIPMENT | 1129-000 | 12,500.00 | | 12,500.00 |
| 01/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 2.94 | | 12,502.94 |
| 02/25/08 | 2 | SHANKLIN'S TRUCK SALES, INC. | BALANCE OF SALE PROCEEDS | 1129-000 | 98,500.00 | | 111,002.94 |
| 02/29/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7700% | 1270-000 | 13.84 | | 111,016.78 |
| 02/29/08 | 001001 | AMERICAN AUCTION ASSOCIATES, INC. 8515 S. THOMAS BRIDGEVIEW, IL 60455 | COMPENSATION TO AUCTIONEER 3610-000    $-11,000.00 | 3610-000 | | 11,000.00 | 100,016.78 |
| 03/14/08 | 001002 | EXPRESS ONE - CHICAGO P.O. BOX 900070 SANDY, UT 84090 | OVERNIGHT DELIVERY CHARGES 2990-000    $-14.27 | 2990-000 | | 14.27 | 100,002.51 |
| 03/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 58.63 | | 100,061.14 |
| 04/09/08 | 5 | MAROUS BROTHERS CONSTRUCTION 1702 JOSEPH LLOYD PKWY WILLOUGHBY, OH 44094 | A/R | 1221-000 | 20,800.00 | | 120,861.14 |
| 04/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 59.72 | | 120,920.86 |
| 05/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 58.93 | | 120,979.79 |
| 06/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 56.48 | | 121,036.27 |
| 07/16/08 | 1 | WEST SUBURBAN BANK LOMBARD, IL 60146 | TURNOVER OF BALANCE OF ACCOUNT | 1129-000 | 1,170.58 | | 122,206.85 |
| 07/16/08 | 1 | WEST SUBURBAN BANK LOMBARD, IL 60148 | TURNOVER OF BALANCE OF ACCOUNT | 1129-000 | 7,414.15 | | 129,621.00 |
| 07/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 58.31 | | 129,679.31 |
| 08/29/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 56.63 | | 129,735.94 |
| 09/19/08 | 6 | AMERICAN INTERNATIONAL GROUP INC. FOR COMMERCE & INDUSTRY INSURANCE COM | SETTLEMENT CHECK | 1249-000 | 17,500.00 | | 147,235.94 |

FORM 2

Page:  15

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 07-19519 -CAS | Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Case Name: J.M.S. TRUCKING CO. OF ILLINOIS | Bank Name: Chase |
| | Account Number / CD #: *******8365  Money Market Account |
| Taxpayer ID No: *******9973 | |
| For Period Ending: 02/25/15 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 64.63 | | 147,300.57 |
| 10/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 59.88 | | 147,360.45 |
| 11/28/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 39.93 | | 147,400.38 |
| 12/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 30.84 | | 147,431.22 |
| 01/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.13 | | 147,449.35 |
| 02/05/09 | 001003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #07B-19519, BOND#016026455          2300-000        $-122.25 | 2300-000 | | 122.25 | 147,327.10 |
| 02/27/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 16.91 | | 147,344.01 |
| 03/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 19.33 | | 147,363.34 |
| 04/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.12 | | 147,381.46 |
| 05/29/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 17.52 | | 147,398.98 |
| 06/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 19.33 | | 147,418.31 |
| 07/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.73 | | 147,437.04 |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.73 | | 147,455.77 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.13 | | 147,473.90 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.13 | | 147,492.03 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.74 | | 147,510.77 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.74 | | 147,529.51 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 17.54 | | 147,547.05 |
| 02/05/10 | 001004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #07-19519, BOND#016026455          2300-000        $-122.37 | 2300-000 | | 122.37 | 147,424.68 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 16.92 | | 147,441.60 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | interst {BANK RECON} | 1270-000 | 19.94 | | 147,461.54 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 3.02 | | 147,464.56 |

FORM 2                                                                                                                  Page:   16

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 07-19519  -CAS | |
| Case Name: | J.M.S. TRUCKING CO. OF ILLINOIS | |
| Taxpayer ID No: | *******9973 | |
| For Period Ending: | 02/25/15 | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Bank Name: | Chase |
| Account Number / CD #: | *******8365  Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/06/10 | | Wire out to BNYM account 000175358365 | JPMORGAN CHASE BANK, N.A. Wire out to BNYM account 000175358365 Wire out to BNYM account 000175358365         9999-000      $-147,464.56 | 9999-000 | | 147,464.56 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 158,723.45 | 158,723.45 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 147,464.56 | |
| Subtotal | 158,723.45 | 11,258.89 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 158,723.45 | 11,258.89 | |

FORM 2    Page:    17

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 07-19519 -CAS |
| Case Name: | J.M.S. TRUCKING CO. OF ILLINOIS |
| Taxpayer ID No: | *******9973 |
| For Period Ending: | 02/25/15 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Bank Name: | Chase |
| Account Number / CD #: | *******8366  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *******8365 | 127.25 | 12,051.18 | 0.00 |
| Checking Account - *******8366 | 0.00 | 130,756.82 | 0.00 |
| DDA - ********1901 | 174.47 | 1,988.60 | 0.00 |
| DDA - ********1902 | 0.00 | 5.28 | 0.00 |
| Checking - Non Interest - ********3599 | 3,200,000.00 | 1,151,824.62 | 2,051,139.78 |
| Money Market Account - ********8365 | 158,723.45 | 11,258.89 | 0.00 |
| Checking Account - ********8366 | 0.00 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 3,359,025.17 | 1,307,885.39 | 2,051,139.78 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: March 02, 2015

Case Number:   07-19519
Debtor Name:   J.M.S. TRUCKING CO. OF ILLINOIS

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2100-00 | DAVID GROCHOCINSKI, TRUSTEE 1900 RAVINIA PLACE ORLAND PARK, IL 60462 | Administrative | | $114,020.76 | $10,960.64 | $103,060.12 |
| | | | 000175358366    12/27/11    10102 | | 10,960.64 | |
| 001 3410-00 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC 2150 E. LAKE COOK ROAD SUITE 560 BUFFALO GROVE, IL 600891877 | Administrative | | $10,895.00 | $8,702.50 | $2,192.50 |
| | | | 000175358365    08/20/10    11006 | | 3,012.50 | |
| | | | 000175358366    12/27/11    10101 | | 1,680.00 | |
| | | | 1105071951901    09/11/13    5003 | | 1,797.50 | |
| | | | 2221913599    10/06/14    10003 | | 2,212.50 | |
| 001 3110-00 | GROCHOCINSKI , GROCHOCINSKI & LLOYD 1900 Ravinia Place Orland Park, IL 60462 | Administrative | | $30,768.06 | $27,136.69 | $3,631.37 |
| | | | 000175358365    08/20/10    11005 | | 7,430.00 | |
| | | | 000175358366    12/27/11    10103 | | 19,706.69 | |
| 001 3210-60 | Martin Healy Law Firm | Administrative | Special counsel fees awarded | $1,066,667.00 | $1,066,667.00 | $0.00 |
| | | | 2221913599    09/05/14    10001 | | 1,066,667.00 | |
| 001 3220-61 | Martin Healy Law Firm | Administrative | | $77,954.21 | $77,954.21 | $0.00 |
| | | | 2221913599    09/05/14    10002 | | 77,954.21 | |
| 001 2100-00 | Brenda Porter Helms, Successor Trustee | Administrative | Portion of Trustee fee per agreement | $10,000.00 | $0.00 | $10,000.00 |
| BOND 001 2300-00 | Arthur B. Levine Company | Administrative | | $1,466.14 | $1,466.14 | $0.00 |
| | | | 2221913599    02/19/15    10004 | | 1,466.14 | |
| | Subtotal for Priority 001 | | | $1,311,771.17 | $1,192,887.18 | $118,883.99 |
| 1 560 4110-00 | CNH Capital America LLC Case Credit Corporation POB 3600 Lancaster, PA 176043600 | Secured | Disallowed per order 9/12/14 | $0.00 | $0.00 | $0.00 |
| | Subtotal for Priority 560 | | | $0.00 | $0.00 | $0.00 |
| 10P 570 5800-00 | Department of the Treasury Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | Priority | | $489.70 | $489.70 | $0.00 |
| | | | 000175358366    12/27/11    10105 | | 489.70 | |
| 9P 570 5800-00 | Illinois Dept of Employment Security 33 South State Street Chicago, IL 60603 | Priority | | $1,726.96 | $1,726.96 | $0.00 |
| | | | 000175358366    12/27/11    10104 | | 1,726.96 | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 2                                                                                          Date: March 02, 2015

Case Number:   07-19519                          Priority Sequence
Debtor Name:   J.M.S. TRUCKING CO. OF ILLINOIS

| Code # | Creditor Name & Address | Claim Class | Notes | | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|---|
| | Subtotal for Priority 570 | | | | $2,216.66 | $2,216.66 | $0.00 |
| 2 610 7100-00 | CNH Capital America LLC Case Credit Corporation POB 3600 Lancaster, PA 176043600 | Unsecured | | | $6,422.57 | $70.77 | $6,351.80 |
| | | | 000175358366 | 12/27/11   10106 | | 70.77 | |
| 3 610 7100-00 | CNH Capital America LLC Case Credit Corporation POB 3600 Lancaster, PA 176043600 | Unsecured | | | $6,898.93 | $76.01 | $6,822.92 |
| | | | 000175358366 | 12/27/11   10107 | | 76.01 | |
| 4 610 7100-00 | T-Mobile USA Inc. ATTN: Bankruptcy Dept. PO Box 53410 Bellevue, WA 980153410 | Unsecured | | | $1,126.72 | $12.41 | $1,114.31 |
| | | | 000175358366 | 12/27/11   10108 | | 12.41 | |
| 5 610 7100-00 | GMAC c/o Bowman, Heintz, Boscia & Vician P.C. 8605 Broadway Merrillville, IN 46410 | Unsecured | | | $11,817.20 | $130.21 | $11,686.99 |
| | | | 000175358366 | 12/27/11   10109 | | 130.21 | |
| 6 610 7100-00 | Land Reclamation Services 1127 S. Chicago Street Joliet, IL 60436 | Unsecured | | | $10,170.00 | $112.06 | $10,057.94 |
| | | | 000175358366 | 12/27/11   10110 | | 112.06 | |
| 7 610 7100-00 | Material Service 222 N. LaSalle Street Chicago, IL 60601 | Unsecured | | | $22,070.89 | $0.00 | $22,070.89 |
| 8 610 7100-00 | Maria Colella, Sp. Admin of Estate of F. Colella c/o The Healy Law Firm 111 W. Washington, #1425 Chicago, IL 60602 | Unsecured | (8-1) Judgment (P.I.) entered May 1, 2007 Claim Amended 2/28/08 | | $8,693,824.49 | $95,791.37 | $8,598,033.12 |
| | | | 000175358366 | 12/27/11   10112 | | 95,791.37 | |
| | Subtotal for Priority 610 | | | | $8,752,330.80 | $96,192.83 | $8,656,137.97 |
| 10U 620 7200-00 | Department of the Treasury Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | Unsecured | | | $585.16 | $0.00 | $585.16 |
| 9U 620 7200-00 | Illinois Department of Employment Security 33 South State Street Chicago, IL 60603 | Unsecured | | | $50.00 | $0.00 | $50.00 |
| | Subtotal for Priority 620 | | | | $635.16 | $0.00 | $635.16 |
| | Case Totals: | | | | $10,066,953.79 | $1,291,296.67 | $8,775,657.12 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### SUCCESSOR TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-19519
Case Name: J.M.S. TRUCKING CO. OF ILLINOIS
Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE

Balance on hand                                     $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | CNH Capital America LLC | $ | $ | $ | $ |

Total to be paid to secured creditors          $ _____

Remaining Balance                              $ _____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA HELMS, Successor Trustee | $ | | $ |
| Attorney for Trustee Fees: GROCHOCINSKI , GROCHOCINSKI & LLOYD | $ | $ | $ |
| Attorney for Trustee Expenses: GROCHOCINSKI , GROCHOCINSKI & LLOYD | $ | $ | $ |
| Accountant for Trustee Fees: SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | $ | $ | $ |
| Other: Arthur B. Levine Company | $ | $ | $ |
| Other: Martin Healy Law Firm | $ | $ | $ |
| Other: Martin Healy Law Firm | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee fees: DAVID GROCHOCINSKI, TRUSTEE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P | Illinois Dept of Employment Security | $ | $ | $ |
| 10P | Department of the Treasury | $ | $ | $ |

Total to be paid to priority creditors   $_____

Remaining Balance   $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 2 | CNH Capital America LLC | $ | $ | $ |
| 3 | CNH Capital America LLC | $ | $ | $ |
| 4 | T-Mobile USA Inc. | $ | $ | $ |
| 5 | GMAC | $ | $ | $ |
| 6 | Land Reclamation Services | $ | $ | $ |
| 7 | Material Service | $ | $ | $ |
| 8 | Maria Colella, Sp. Admin of Estate of F. Colella | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

 

      Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

      Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 9U | Illinois Department of Employment Security | $ | $ | $ |
| 10U | Department of the Treasury | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance        $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE