# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
          §
J.M.S. TRUCKING CO. OF ILLINOIS § Case No. 07-19519
          §
          §
    Debtor(s) §

## NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, successor trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK  OF THE COURT
   219 s. DEARBORN STREET
   CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on  Friday, May 8, 2015 in Courtroom 240,
   Kane County Courthouse
   100 S. Third Street
   Geneva Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____
                                           CLERK OF U.S. BANKRUPTCY
                                                    COURT


*BRENDA PORTER HELMS, SUCCESSOR TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
J.M.S. TRUCKING CO. OF ILLINOIS § Case No. 07-19519
§
Debtor(s) §

SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 3,359,025.17 |
| and approved disbursements of | $ 1,307,885.39 |
| leaving a balance on hand of[1] | $ 2,051,139.78 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 1 | CNH Capital America LLC | $ 18,040.95 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | | $ 0.00 |
| | Remaining Balance | | | | $ 2,051,139.78 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRENDA HELMS, SUCC. TRUSTEE | $ 10,000.00 | $ 0.00 | $ 10,000.00 |
| Attorney for Trustee Fees: GROCHOCINSKI , GROCHOCINSKI & LLOYD | $ 30,384.50 | $ 27,025.00 | $ 3,359.50 |
| Attorney for Trustee Expenses: GROCHOCINSKI , GROCHOCINSKI & LLOYD | $ 383.56 | $ 111.69 | $ 271.87 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | $ 10,895.00 | $ 8,702.50 | $ 2,192.50 |
| Other: Arthur B. Levine Company | $ 1,466.14 | $ 1,466.14 | $ 0.00 |
| Other: Martin Healy Law Firm | $ 1,066,667.00 | $ 1,066,667.00 | $ 0.00 |
| Other: Martin Healy Law Firm | $ 77,954.21 | $ 77,954.21 | $ 0.00 |
| Trustee Fees: D. GROCHOCINSKI, TRUSTEE | $ 114,020.76 | $ 10,960.64 | $ 103,060.12 |

Total to be paid for chapter 7 administrative expenses      $      118,883.99

Remaining Balance      $      1,932,255.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,216.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9P | Illinois Dept of Employment Security | $ 1,726.96 | $ 1,726.96 | $ 0.00 |
| 10P | Department of the Treasury | $ 489.70 | $ 489.70 | $ 0.00 |

Total to be paid to priority creditors      $      0.00

Remaining Balance      $      1,932,255.79

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,752,330.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | CNH Capital America LLC | $ 6,422.57 | $ 70.77 | $ 1,417.73 |
| 3 | CNH Capital America LLC | $ 6,898.93 | $ 76.01 | $ 1,522.89 |
| 4 | T-Mobile USA Inc. | $ 1,126.72 | $ 12.41 | $ 248.72 |
| 5 | GMAC | $ 11,817.20 | $ 130.21 | $ 2,608.56 |
| 6 | Land Reclamation Services | $ 10,170.00 | $ 112.06 | $ 2,244.95 |
| 7 | Material Service | $ 22,070.89 | $ 0.00 | $ 5,115.17 |
| 8 | Maria Colella, Sp. Admin of Estate of F. Colella | $ 8,693,824.49 | $ 95,791.37 | $ 1,919,097.77 |

Total to be paid to timely general unsecured creditors $ 1,932,255.79

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 635.16 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9U | Illinois Department of Employment Security | $ 50.00 | $ 0.00 | $ 0.00 |
| 10U | Department of the Treasury | $ 585.16 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                        Case No. 07-19519-DRC
J.M.S. Trucking Company of Illinois                                           Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina              Page 1 of 2              Date Rcvd: Apr 09, 2015
                              Form ID: pdf006            Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2015.
```
db           +J.M.S. Trucking Company of Illinois,   8530 Evergreen Lane,   Darien, IL 60561-8415
11694133      Accident Fund Insurance Co,   P.O. Box 77000,   Dept. 77125,   Detroit, MI 48277-0125
11694134     +Acuity,   c/o Teller Levit & Silvertrust,   11 E Adams Street,   Chicago, IL 60603-6301
11694136     +B & R Repair,   521 87th Street,   Downers Grove, IL 60516-5147
11694137      Bauer Built,   850 N. Independence,   Downers Grove, IL 60516
11694138     +Bowman Heintz Boscia & Vician,   134 N. LaSalle, Ste 750,   Chicago, IL 60602-1194
11838662      CNH Capital America LLC,   Case Credit Corporation,   POB 3600,   Lancaster, PA 17604-3600
11694143      CNH Capital America LLC,   P.O. Box 0507,   Carol Stream, IL 60132-0507
11694144      CNH Capitol,   CH 10460,   Palatine, IL 60055-0460
11694139     +Certified Laboratories,   P.O. Box 971327,   Dallas, TX 75397-1327
11694140     +Chicago Communication Service Inc.,   2100 S Peoria,   Chicago, IL 60608-4526
11694141     +Chicago Dept of Transpotation,   30 N LaSalle Street,   Suite 1100,   Chicago, IL 60602-3339
11694142     +Chicago Dept. of Revenue,   121 N. LaSalle Street,   Chicago, IL 60602-1288
11694145     +Construction Resource Technology In,   1515 Indian River Blvd,   Vero Beach, FL 32960-5639
11694146     +Diamond Graphics,   6625 W 26th Street,   Berwyn, IL 60402-2585
11694147     +Dowd Bloch & Bennett,   8 S. Michigan ave, 19th FL,   Chicago, IL 60603-3315
11694148     +ESP,   P.O. Box 61,   Brookfield, IL 60513-0061
11856372     +GMAC,   c/o Bowman, Heintz, Boscia & Vician P.C.,   8605 Broadway,
               Merrillville, In 46410-7033
11694149     +GMAC,   P.O. 2180,   Greeley, CO 80632
11694152     +Howard Turner, Esq.,   Goul & Ratner,   222 N. LaSalle Street, Suite 800,
               Chicago, IL 60601-1086
11694153     +International Freight Inc.,   1395 Chapman Drive,   Darien, IL 60561-5388
11694154     +JDK Limited,   P.O. Box 72427,   Roselle, IL 60172-0427
11694155     +JDK Limited/John Kornacker CPA,   545 Wise Road,   Schaumburg, IL 60193-3876
11694157     +Kirk Tires,   3601 S. Western Ave,   Chicago, IL 60609-1024
11694158     +Land Reclamation Services,   1127 S. Chicago Street,   Joliet, IL 60436-2904
11694159      Liberty Waste & Recycling Services,   24821 N Gilmer Road,   Chicago, IL 60660
11694160      Local 731, IBTGarage Attendant,   Welfare & Pension Funds,   5 S. Michigan ave, 19th Fl,
               Chicago, IL 60602
11694161     +Loop Transfer,   2400 S Loomis,   Chicago, IL 60608-5009
11694162      Lyons Truck Parts,   2345 S. Pulaski,   Chicago, IL 60623-3045
11694163     +Maria Colella S/A Estate of F Colel,   c/o Martin Healy, esq.,
               111 W Washington Street, suite 1425,   Chicago, IL 60602-3445
11978142     +Maria Colella, Sp. Admin of Estate of F. Colella,   c/o The Healy Law Firm,
               111 W. Washington, #1425,   Chicago, IL 60602-3445
11694164     +Material Service,   222 N. LaSalle Street,   Chicago, IL 60601-1003
11694166     +POCO,   P.O. Box 903,   Chesterton, IN 46304-0903
11694165     +Planet Recovery Systems,   2400 S Loomis,   Chicago, IL 60608-5009
11694167      Praxair Gas Tech,   962-Praxair Distribution-Dept CH,   10460 Palatine Rd,
               Prospect Heights, IL 60070
11694168     +RSI,   3152 S. California Ave,   Chicago, IL 60608-5112
11694169     +Shanklin Truck Sales,   11959 S. Cicero Ave,   Alsip, IL 60803-2320
11694170      T Mobile,   PO Box 742596,   Cincinnati, OH 45274-2596
11848814      T-Mobile USA Inc.,   ATTN: Bankruptcy Dept.,   PO Box 53410,   Bellevue, Wa 98015-3410
11694171      Travelers Insurance,   Hartford, CT 06183-1008
11694172     +V & R Materials LLC,   P.O. Box 725,   Warrenville, IL 60555-0725
11694174     +West Suburban Bank,   295 West Loop Road,   Wheaton, IL 60189-2040
11694173     +West Suburban Bank,   295 West Lop Rd,   Wheaton, IL 60189-2040
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11694135      E-mail/Text: g17768@att.com Apr 10 2015 00:51:35     AT&T,   P.O. Box 8100,
               Aurora, IL 60507-8100
11694150      E-mail/Text: ally@ebn.phinsolutions.com Apr 10 2015 00:51:29     GMAC,   P.O. Box 2150,
               Greeley, CO 80632-2150
16559322      E-mail/Text: cio.bncmail@irs.gov Apr 10 2015 00:51:48     Department of the Treasury,
               Internal Revenue Service,   P.O. Box 21126,   Philadelphia, PA 19114
12413116     +E-mail/Text: des.claimantbankruptcy@illinois.gov Apr 10 2015 00:53:20
               Illinois Department of Employment Security,   33 South State Street,
               Chicago, Illinois 60603-2808
11694156     +Fax: 773-247-7969 Apr 10 2015 01:12:19     Keller Heartt,   4411 S. Tripp,
               Chicago, IL 60632-4320
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11694132      Accepatance Indemnity Ins. co,
12377466      American International Group Inc,   David K Schmitt
11694151*     GMAC,   P.O. Box 2150,   Greeley, CO 80632-2150
12431375*    +Illinois Department of Employment Security,   33 South State Street,
               Chicago, Illinois 60603-2808
                                                                                 TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: nmolina             Page 2 of 2                  Date Rcvd: Apr 09, 2015
                              Form ID: pdf006           Total Noticed: 48
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2015                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2015 at the address(es) listed below:
              Barbara L Yong    on behalf of Interested Party   American International Group, Inc.
               blyong@golanchristie.com,  mperez@golanchristie.com;myproductionss@gmail.com
              Brenda Porter Helms, ESQ   brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
              Charles F Morrissey    on behalf of Interested Party   OneBeacon Insurance Company
               cmorrissey@mccabemiller.com
              David E Grochocinski    on behalf of Accountant   Scott Horewitch Pidgeon & Abrams, LLC
               lawyers@innovalaw.com,   lawyers@innovalaw.com
              Dennis M Lynch    on behalf of Creditor   Maria Colella special administrator
               dlynch@healylawfirm.com,  panderson@healylawfirm.com;jigoe@healylawfirm.com
              Kathleen M. McGuire    on behalf of Accountant   Scott Horewitch Pidgeon & Abrams, LLC
               kathleenmmcguirelaw@gmail.com,  kmmcguirelaw@sbcglobal.net,lawyers@innovalaw.com,
               khubert@innovalaw.com
              Kathleen M. McGuire    on behalf of Trustee Brenda Porter Helms, ESQ kathleenmmcguirelaw@gmail.com,
               kmmcguirelaw@sbcglobal.net,lawyers@innovalaw.com,khubert@innovalaw.com
              Kevin Posen    on behalf of Creditor    Acuity tls@tellerlevit.com
              Margaret M Anderson    on behalf of Interested Party    Occidental Fire & Casualty Company of North
               Carolina, f/k/a Occidental Fire & Casualty Company, HARCO Insurance Services, Inc., and IAT
               Reinsurance Company, LTD. panderson@fslc.com,  cjelks@fslc.com;abouse@fslc.com;bkdocket@fslc.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard N Golding    on behalf of Debtor    J.M.S. Trucking Company of Illinois
               rgolding@goldinglaw.net
              Ryan T Schultz    on behalf of Interested Party    Occidental Fire & Casualty Company of North
               Carolina, f/k/a Occidental Fire & Casualty Company, HARCO Insurance Services, Inc., and IAT
               Reinsurance Company, LTD. rschultz@fslc.com,  bkdocket@fslc.com,abouse@fslc.com
              Timothy M Hughes    on behalf of Creditor    Maria Colella special administrator
               thughes@lavellelaw.com
              W. Kent Carter    on behalf of Creditor    CNH Capital America, LLC as Successor in Interest to
               Case Credit Corp. wcarter@clarkhill.com,  estoneking@clarkhill.com
                                                                                              TOTAL: 14
```